■ JOHN P. A. MARCIN et al., Respondents, v INCORPORATED VILLAGE OF HEMPSTEAD, Appellant. [657 NYS2d 363] —Appeal by the defendant from an order and judgment (one paper) of the Supreme Court, Nassau County (Davis, J.), dated June 27, 1996.

Ordered that the order and judgment is affirmed, with costs, for reasons stated by Justice Davis at the Supreme Court. Bracken, J. P., Pizzuto, Florio and McGinity, JJ., concur.